| AO-10 (WP) Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LEE, WILLIAM C. | U. S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA | April 24, 2007 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> U. S. DISTRICT JUDGE - Senior status eff. 2/3/03 | 5a. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial __X__ Annual ___ Final <br><br> 5b. ___ Amended Report | 6. Reporting Period <br><br> January 1, 2006 through December 31, 2006 |
|---|---|---|

| 7. Chambers or Office Address <br><br> 2100 E. Ross Adair Federal Building <br> Fort Wayne, IN 46802 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Chairman | Ft. Wayne Community School Scholarship Committee |
| 2 President | Allen Co. - Ft. Wayne Historical Society |
| 3 Chairman | Indiana Pro Bono Commission |
| 4 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2006 | West Publishing Co. Book royalties | $ 81,086.70 |
| 2 2006 | Wilson Foundation - Committee Attendance Fees | $ 1,500.00 |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting<br>WILLIAM C. LEE, JUDGE | Date of Report<br>April 24, 2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | 3/07/96 - $221.98 | Reimbursement for travel, lodging and food - Lutheran School of Theology, Chicago |
| 2 | 3/27/06 - $254.66 | Reimbursement for travel, lodging and food - Indiana Pro Bono Commission |
| 3 | 3/29/06 to 4/01/06 - $1,504.38 | Reimbursement for travel, lodging and food - Indiana Pro Bono Commission |
| 4 | 4/12/06 - $122.22 | Reimbursement for travel and food - Indiana Pro Bono Commission |
| 5 | 5/09/06 - $130.16 | Reimbursement for travel and food - Indiana Pro Bono Commission |
| 6 | 6/05/06 - $133.13 | Reimbursement for travel and food - Indiana Pro Bono Commission |
| 7 | 8/14/06 - $92.15 | Reimbursement for travel- Indiana Pro Bono Commission |
| 8 | 8/29/06 to 8/30/06 - $271.76 | Reimbursement for travel, lodging and food - Indiana Pro Bono Commission |
| 9 | 9/25/06 - $123.68 | Reimbursement for travel - Indiana Pro Bono Commission |
| 10 | 10/04/06 to 10/06/06 - $671.28 | Reimbursement for travel, lodging and food - Indiana Pro Bono Commission |
| 11 | 12/05/06 - $103.67 | Reimbursement for travel and food - Indiana Pro Bono Commission |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Tower Bank | Mortgage on Steuben Co., IN farm | M |
| 2 | | | |
| 3 | | | |

*Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000 P3=$25,000,001-50,000,000 P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| LEE, WILLIAM C. | April 24, 2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Steuben Co., IN, farm | D | rent | O | W | | | | | |
| 2 Tower Bank | b | int | K | T | | | | | |
| 3 Tower Bank | A | int | J | T | | | | | |
| 4 Keough Plan - money market | A | int | K | T | | | | | |
| 5 Audible - stock | A | div | J | T | | | | | |
| 6 Lumera - Stock | A | div | J | T | | | | | |
| 7 Sirius | A | div | J | T | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEE, WILLIAM C. | April 24, 2007 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ___4-25-07___

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544